# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESROM MADRID,<br><br>    Plaintiff,<br><br>    v.<br><br>VALLEY STATE PRISON,<br><br>    Defendant.<br>_____/ | Case No. 1:13-cv-01668-LJO-JLT (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 11) |

    Plaintiff Esrom Madrid, a state prisoner proceeding pro se, filed this civil rights action on September 9, 2013 in the Northern District of California. On October 15, 2013, the case was transferred to the Eastern District of California. On October 17, 2013, the Court issued an order requiring Plaintiff to either pay the $400.00 filing fee in full or file an application to proceed in forma pauperis on the form provided with the order, within forty-five days. (Doc. 11.) More than forty-five days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. Plaintiff was warned that dismissal would occur if he failed to obey the order.

    A civil action may not proceed absent the submission of either the filing fee or a completed application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915. Based on Plaintiff's failure to comply with the Court's order, dismissal of this action is appropriate. *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

///

Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for failure to pay the filing fee, or file a completed application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:  **January 6, 2014**                              **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE

2